UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN BALDASSARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-0227 |
| ) | Judge Campbell/Bryant |
| RLCL ACQUISITION, LLC, ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

### O R D E R

The parties have advised the Magistrate Judge's chambers that they are in the process of settling this matter. The telephone conference previously scheduled for November 27, 2012, at 10:00 a.m. is CANCELED. The parties shall file a stipulation and proposed order of dismissal by **December 17, 2012.**

There is nothing remaining to be done in this matter by the undersigned. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge