**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CAROLYN BALDASSARE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  3:12cv0227** |
| | ) | |
| **RLCL ACQUISTION, LLC, D/B/A** | ) | **Judge Campbell** |
| **GRAY LINE TOURS,** | ) | **Magistrate Judge Bryant** |
| | ) | |
| **Defendant.** | ) | **Jury Demanded** |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this case

with prejudice, and accordingly request that the Court dismiss this case ***with prejudice***.  Each

party will bear its own costs and expenses.


s/ Jonathan L. Bobbitt (w/permission)
Justin S. Gilbert
Jonathan L. Bobbitt
GILBERT RUSSELL MCWHERTER, PLC
101 North Highland Ave
Jackson, Tennessee 38301
731-664-1340
731-664-1540 (fax)

*Attorneys for Plaintiff Carolyn Baldassare*

s/ John E. B. Gerth
Waverly D. Crenshaw, Jr.
John E. B. Gerth
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
615-244-6380
615-244-6804 (fax)

*Attorneys for Defendant RLCL Acquisition,*
*LLC d/b/a Gray Line Tours*

1