UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN BALDASSARE | ) | |
| | ) | |
| v. | ) | NO. 3:12-0227 |
| | ) | JUDGE CAMPBELL |
| RLCL ACQUISITION, LLC | ) | |

ORDER

Pending before the Court is a Joint Stipulation of Dismissal with Prejudice (Docket No. 12). Accordingly, this case is dismissed with prejudice and the Clerk is directed to close the file.

The jury trial scheduled for August 13, 2013, and the pretrial conference scheduled for August 5, 2013, are CANCELLED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE